UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DUSTIN JAMES RUPPLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-525** |
| **ALOIS P. WARREN, ET AL.,** | **SECTION: D (2)** |

## ORDER AND REASONS

The Court, having considered Plaintiff Dustin James Rupple's Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] the failure of the Plaintiff to timely file any objection to the Report and Recommendation,[3] and having determined that it is not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Dustin James Rupple's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claim alleged against Defendant Slidell Police Department be **DISMISSED with prejudice** as malicious, frivolous, and/or for failure to state a claim for which relief can be granted pursuant 28 U.S.C. §§ 1915 and 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Officer Alois P. Warren be **STAYED** and the case **ADMINISTRATIVELY CLOSED** for

---

[1] R. Doc. 1.
[2] R. Doc. 11.
[3] Objections were due September 16, 2025. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).

statistical purposes in accordance with Wallace v. Kato, 549 U.S. 384, 393-94 (2007). If Plaintiff intends to proceed with the claims against Officer Warren, he must file a motion to lift the stay within 30 days after the date that the state criminal proceedings terminate in his favor by either an acquittal or a failure to convict. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck v. Humphrey*, 512 U.S. 477 (1994); if no such finding is made, the action will proceed, absent some other bar to suit.

New Orleans, Louisiana, September 26, 2025.

**WENDY B. VITTER**
**United States District Judge**